# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALBERTO TREJO, AIS#2664352,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-390-TFM-B ) |
| **WARDEN REOSHA BUTLER,** *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On June 3, 2024, the Magistrate Judge entered a report and recommendation which recommends the Defendants' motion for summary judgment (Doc. 123) be denied. *See* Doc. 136.[1] No objections were filed, and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, Defendants' *Motion for Summary Judgment* (Doc. 123, filed 2/9/24) is **DENIED**.

**DONE** and **ORDERED** this 21st day of June, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation pertaining to the motion to set aside default remains pending as the period of objections has not yet passed since it issuance on June 17, 2024. *See* Doc. 140. This order solely pertains to the Report and Recommendation on the summary judgment.