# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALBERTO TREJO, AIS#2664352,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-390-TFM-B ) |
| **WARDEN REOSHA BUTLER,** *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On June 17, 2024, the Magistrate Judge entered a report and recommendation which recommends Defendant Wright's Motion to Set Aside Default (Doc. 137) be granted and Plaintiff's Motion for Entry of Default Judgment (Doc. 108) be denied. *See* Doc. 140. No objections were filed, and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, Plaintiff's Motion for Entry of Default Judgment (Doc. 108) is **DENIED** and Defendant Wright's Motion to Set Aside Default (Doc. 137) is **GRANTED** to the extent that default is not entered and his case will be decided on the merits along with the remaining Defendants.

**DONE** and **ORDERED** this 2nd day of July, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE